# United States District Court

DISTRICT OF
RHODE ISLAND

EDUARDO HERNANDEZ

V.

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS and; DEPARTMENT OF CORRECTIONS and; ASHBEL T. WALL, Director of the Department of Corrections; in his official capacity, and; JOHN DOE, Director of the Department of Corrections Intake Center, in his official capacity and; THE U.S. CITIZEN AND IMMIGRATION SERVICES DEPARTMENT and; EDUARDO AGUIRRE, JR., Director of the U.S. Citizen and Immigration Services Department, in his official capacity

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 06CV-0164ML

TO: (Name and address of defendant)

U.S. Citizen and Immigration Services Department
United States Attorney's Office
50 Kennedy Plaza
8th Floor
Providence, RI 02903

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Daniel J. McKinnon, Esq. (#6624)
McKinnon & Harwood
1168 Newport Avenue
Pawtucket, RI 02861
(401) 723-9655

an answer to the complaint which is herewith served upon you, within twenty days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 4/13/06

(BY) DEPUTY CLERK

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE 4-14-06 2:15 |
|---|---|
| NAME OF SERVER (PRINT) Ronald Russo | TITLE USDC Constable |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☐ Other *(specify)*: US Attorney's office

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| — | 45.00 | 45.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4-14-06
*Date*

[signature]
*Signature of Server*

PO Box 7588
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.