UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

EDUARDO HERNANDEZ
Plaintiffs,

Vs. C.A. No.: 06-1415ML

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS AND; DEPARTMENT OF CORRECTIONS AND ASHBEL T. WALL., Director of the Department of Corrections; in his official capacity, and; JOHN JOE, Director of the Department of Corrections Intake Care, in his official capacity and; THE U.S. CITIZEN AND IMMIGRATION SERVICES DEPARTMENT and; EDUARDO AGUIRRE, JR., Director of the U.S. Citizen and Immigration Services Department, in his Official capacity
Defendants,

**DEFENDANTS' STATE OF RHODE ISLAND, DEPARTMENT OF CORRECTIONS AND ASHBEL T. WALL, IN HIS OFFICIAL CAPACITY'S, ASSENTED-TO MOTION TO ENLARGE TIME**

Defendants State of Rhode Island, Department of Corrections, and Director A.T. Wall, in his official capacity, (collectively "State Defendants") hereby moves this Honorable Court pursuant to Fed. R. Civ. P. 6(b)(1) for an enlargement of time within which to file an answer or otherwise respond to Plaintiff's complaint. On April 14, 2006, State Defendants were served with a complaint, and pursuant to Fed. R. Civ. P. 12(a)(1)(A) have 20 days to respond, i.e. May 4, 2006. On or about April 14, 2006, Plaintiff also served a complaint on co-defendants, the United States Citizen and Immigration Services Department and Eduardo Aguirre, Jr, in his official capacity as Director (collectively "U.S. Defendants"). Since U.S. constitute Defendants

Granted. Mary M. Lisi USDJ 5/1/06

consist an agency or employee of the United States, pursuant to Fed. R. Civ. P. 12(3)(A), the U.S. Defendants have 60 days to respond to Plaintiff's complaint.

Whereas, State Defendants seek an enlargement of time to answer or otherwise respond to Plaintiff's complaint on or before June 14, 2006. The State Defendants represent that such a continuance will require the State Defendants' answer or other response to be due at or about the same time that the U.S. Defendants response is due. Moreover, the State Defendants represent that they are also contemplating filing a Motion to Dismiss and the additional time is necessary to properly review and respond to Plaintiff's complaint. Legal counsel for the State Defendants have conferred with Plaintiff's counsel and **Plaintiff's counsel assents, and has no objection, to the granting of this motion**.

**WHEREFORE**, the within Assented-to Motion should be granted such that the State Defendants shall have up to and including June 16, 2006 within which to file its answer or other response.

DEFENDANT
STATE OF RHODE ISLAND
DEPARTMENT OF CORRECTIONS
AND ASHBEL T. WALL, in his
official capacity

By his Attorney
PATRICK C. LYNCH
ATTORNEY GENERAL

M.W. Field (by TAP)

Michael W. Field, # 5809
Special Assistant Attorney General
150 South Main Street
Providence, Rhode Island 02903
Ph (401) 274-4400 ext. 2380
Fax (401) 222-2995

**CERTIFICATION**

I hereby certify that the instant Motion was mailed via first class postage prepaid on the 27th day of April, 2006, to the following individuals:

Daniel J. McKinnon, Esq.
McKinnon & Harwood
1168 Newport Avenue
Pawtucket, RI 02861

Robin E. Feder., Esq.
United States Attorney Office
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903