UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| EDUARDO HERNANDEZ<br>Plaintiff,<br><br>v.<br><br>STATE OF RHODE ISLAND<br>and PROVIDENCE<br>PLANTATIONS, ET AL.<br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 06-164ML |

RECEIVED
JUN 15 2006
Property of U.S. District Court
District of Rhode Island

**STIPULATION**

Plaintiff and defendant, U.S. Citizen and Immigration Services Department, by and through undersigned counsel, hereby agree that defendant shall have the following additional time within which to answer or otherwise respond to plaintiff's Complaint.

Defendant shall have up to and including July 13, 2006, to file an answer or responsive pleading to plaintiff's Complaint.

ATTORNEY FOR PLAINTIFF

DANIEL J. McKINNON, ESQ.
McKINNON & HARWOOD
1168 Newport Avenue
Pawtucket, RI 02861
401-723-9655

ATTORNEY FOR DEFENDANT

ROBIN E. FEDER
Assistant United States Attorney
Fleet Center
50 Kennedy Plaza, Eighth Floor
Providence, RI 02903
(401) 709-5000

Enter:
Mary M. Lisi
USDJ 6/19/06