**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

EDUARDO HERNANDEZ

Plaintiff,

v. Civil No. 06-CV-0164

STATE OF RHODE ISLAND, ET AL.

Defendants

DECLARATION OF SCOTT A. WHITTED

1. I am employed as an Associate Legal Advisor for the Department of Homeland Security, Immigration and Customs Enforcement (ICE), in South Burlington, Vermont. This office previously was known as the Eastern Regional Counsel's Office for the Immigration and Naturalization Service (INS).

2. One of my responsibilities with both the INS and ICE is to adjudicate administrative claims under the Federal Tort Claims Act, within a geographical area of responsibility that includes the eastern third of the United States, plus Puerto Rico and the U.S. Virgin Islands. This area includes the State of Rhode Island.

3. We maintain a database of administrative tort claims in our geographical area of responsibility, dating back to 1986. I searched the database and found no records of any administrative claims by Eduardo Hernandez.

4. To determine if Mr. Hernandez had filed an administrative claim with Citizenship and Immigration Services (CIS), I contacted Peter Gregory, the chief of the Commercial and Administrative Law Division in CIS' Office of the Chief Counsel. Mr. Gregory stated he has no record of an administrative claim from Mr. Hernandez. Mr. Gregory told me that if Mr. Hernandez had filed an administrative claim with CIS that Mr. Gregory recognized as arising from an action by ICE, he would have forwarded the claim to my supervisor, Neal Swartz. I contacted Mr. Swartz, and he also has no record of a claim from Mr. Hernandez.

5. Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated at South Burlington, Vermont this 9th day of June, 2006.

Scott A. Whitted, Associate Legal Advisor
Department of Homeland Security
Immigration and Customs Enforcement
70 Kimball Ave.
South Burlington, Vermont 05403