**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

EDUARDO HERNANDEZ :
:
VS. : CA NO. 06CV-0164ML
:
STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS and; DEPARTMENT OF CORRECTIONS and; ASHBEL T. WALL, Director of the Department of Corrections in his Official Capacity, and; JOHN DOE, Director of the Department of Corrections Intake Center, in his Official Capacity and; THE U.S. CITIZEN AND IMMIGRATION SERVICES DEPARTMENT and; EDUARDO AGUIRRE, JR., Director of the U.S. Citizen and Immigration Services Department, in his Official Capacity :

RECEIVED
JUL 13 2006
Property of U.S. District Court
District of Rhode Island

**STIPULATION**

Now come the parties in the above-entitled matter and hereby stipulate as follows:

1. Plaintiff's Motion to File Objection to Defendants' Motion to Dismiss, Out of Time, may be granted.

2. Plaintiff's Motion to Extend time to File Memorandum of Law in Support of Objection to Defendants' Motion to Dismiss may be granted.

3. Plaintiff is granted thirty days (30), up until August 11, 2006 in which to file an Objection and supporting Memorandum of Law.

Plaintiff
**Eduardo Hernandez**

Daniel J. McKinnon, Esquire
Attorney #6624
McKinnon & Harwood
1168 Newport Avenue
Pawtucket, RI 02861
Tel: (401) 723-9655
Fax: (401) 722-9106

Defendants
By their Attorney
ROBERT CLARK CORRENTE
UNITED STATES ATTNY

Robin E. Feder, Esq.
Assistant US Atty General
Attorney #3415
Fleet Center
50 Kennedy Plaza, 8th flr
Providence, RI 02903
Tel: (401) 709-5000
Fax: (401) 709-5017

**ENTERED:**

Mary M. Lisi

DATE: 7/14/06

**PER ORDER**

Barbara Barletta

DATE: 7/14/06