# COMMITMENT DEPOSIT

**PLEASE PRINT**

| DATE | INMATES ID # |
| --- | --- |
| INMATE'S NAME | |
| FACILITY | |
| INMATE'S DATE OF BIRTH | |

| |
| --- |
| AMOUNT OF DEPOSIT $ |
| CHECK ONE: CASH ____________ PAYROLL CHECK |
| INMATE / DEPOSITOR'S SIGNATURE |
| CORRECTIONAL OFFICER'S SIGNATURE |

**These funds will be deposited into an account in your name at the Inmate Accounts Office**

1. White - Place in envelope w/ money
2. Yellow - Inmate's copy
3. Pink - Attach to inmate's trap record