# SOCIAL SECURITY

[redacted]-9799

THIS NUMBER HAS BEEN ESTABLISHED FOR

EDUARDO ALBERTO HERNANDEZ

SIGNATURE