104 -

STATE BIRTH CERTIFICATE NUMBER

# CERTIFICATE OF LIVE BIRTH
## STATE OF CALIFORNIA

0190-143307
LOCAL REGISTRATION DISTRICT AND CERTIFICATE NUMBER

**THIS CHILD**
- 1A. NAME OF CHILD—FIRST: Eduardo
- 1B. MIDDLE: Alberto
- 1C. LAST: Hernandez
- 2. SEX: Male
- 3A. THIS BIRTH, SINGLE, TWIN, ETC.: Single
- 3B. IF MULTIPLE, THIS CHILD 1ST, 2ND, ETC.: ———
- 4A. DATE OF BIRTH—MONTH, DAY, YEAR: [redacted], 1982
- 4B. HOUR—(24 HOUR CLOCK TIME): 1030

**PLACE OF BIRTH**
- 5A. PLACE OF BIRTH—NAME OF HOSPITAL OR FACILITY: Mothers Home
- 5B. STREET ADDRESS (STREET, NUMBER, OR LOCATION): [redacted]
- 5C. CITY OR TOWN: Van Nuys
- 5D. COUNTY: Los Angeles

**FATHER OF CHILD**
- 6A. NAME OF FATHER—FIRST: Adan
- 6B. MIDDLE: ———
- 6C. LAST: Hernandez
- 7. STATE OF BIRTH: Guatemala
- 8. AGE OF FATHER: 33

**MOTHER OF CHILD**
- 9A. NAME OF MOTHER—FIRST: Lily
- 9B. MIDDLE: ———
- 9C. LAST (BIRTH NAME): Chang
- 10. STATE OF BIRTH: Guatemala
- 11. AGE OF MOTHER: 32

**PARENT'S CERTIFICATION**
I CERTIFY THAT I HAVE REVIEWED THE STATED INFORMATION AND THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE
- 12A. PARENT OR OTHER INFORMANT—SIGNATURE: Lily Chang.
- 12B. RELATIONSHIP TO CHILD: mamá
- 12C. DATE SIGNED: 7/11/83

**ATTENDANT'S CERTIFICATION**
I CERTIFY THAT I ATTENDED THIS BIRTH AND THAT THE CHILD WAS BORN ALIVE AT THE HOUR, DATE AND PLACE STATED
- 13A. PHYSICIAN OR OTHER ATTENDANT—SIGNATURE—DEGREE OR TITLE: George F Balleweg Paramedic II
- 13B. LICENSE NUMBER: #1 83
- 13C. DATE SIGNED: 7-16-83
- 14.
- 13D. TYPED NAME AND ADDRESS: George Balleweg, Paramedic II, [redacted], Arleta, CA

**LOCAL REGISTRAR**
- 15. DEATH—ENTER DATE OF DEATH:
- 16. LOCAL REGISTRAR—SIGNATURE: Robert [signature]
- 17. DATE ACCEPTED FOR REGISTRATION: JUL 20 1983

This is a true and certified copy of the record if it bears the seal imprinted in purple ink, of the Registrar-Recorder.

JUN 21 1994

REGISTRAR-RECORDER
LOS ANGELES COUNTY, CALIFORNIA

REGISTRAR-RECORDER LOS ANGELES COUNTY * CALIFORNIA *