**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| EDUARDO HERNANDEZ | : | |
| | : | |
| VS. | : | CA NO. 06CV-0164ML |
| | : | |
| STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS and; DEPARTMENT OF CORRECTIONS and; ASHBEL T. WALL, Director of the Department of Corrections in his Official Capacity, and; JOHN DOE, Director of the Department of Corrections Intake Center, in his Official Capacity and; THE U.S. CITIZEN AND IMMIGRATION SERVICES DEPARTMENT and; EDUARDO AGUIRRE, JR., Director of the U.S. Citizen and Immigration Services Department, in his Official Capacity | : | |

**PLAINTIFF, EDUARDO HERNANDEZ'S OBJECTION TO DEFENDANTS, THE U.S. CITIZEN AND IMMIGRATION SERVICES DEPARTMENT AND EDUARDO AGUIRRE, JR.'S MOTION TO DISMISS**

Now comes your Plaintiff, Eduardo Hernandez and hereby objects to Defendants, The U.S. Citizen and Immigration Services Department and Eduardo Aguirre, Jr.'s Motion to Dismiss and in support of Plaintiff's objection please see the following memorandum.

Respectfully submitted,

/s/ Daniel J. McKinnon

Daniel J. McKinnon, Esq. (#6624)
McKinnon & Harwood
1168 Newport Avenue
Pawtucket, RI 02861
(401) 723-9655