UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| EDUARDO HERNANDEZ | : | |
| | : | |
| VS. | : | CA NO. 06CV-0164ML |
| | : | |
| STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS and; DEPARTMENT OF CORRECTIONS and; ASHBEL T. WALL, Director of the Department of Corrections in his Official Capacity, and; JOHN DOE, Director of the Department of Corrections Intake Center, in his Official Capacity and; THE U.S. CITIZEN AND IMMIGRATION SERVICES DEPARTMENT and; EDUARDO AGUIRRE, JR., Director of the U.S. Citizen and Immigration Services Department, in his Official Capacity | : | |

**AFFIDAVIT OF EDUARDO HERNANDEZ**

I, Eduardo Hernandez, after first being duly sworn, depose and say:

On June 15, 2005 at approximately 12:00 p.m. I was pulled over while driving my automobile on Fales Avenue in Central Falls by an Officer Halpin of the Pawtucket Police Department. I was told that I was being pulled over for illegally tinted windows.

At approximately 12:40 p.m. I was arrested and taken down to the Pawtucket Police station. I was issued a District Court Summons for driving without a license, and a Writ Summons, for driving an unregistered motor vehicle with no proof of insurance and a violation of inspection laws. I spent the night in the Pawtucket Police Department in cell number one.

As noted in the Pawtucket Police Department's report, they seized my personal property which consisted of $588.55, my wallet, glasses, keys, Texas ID, necklace and my belt.

The next morning I was transported to the Sixth District Court in Providence, Rhode Island. While in court I was informed that a bench warrant had been issued for my arrest on a prior offense. A cash bail was set and a fine was imposed upon me at that time. At that time, I was ready and prepared to make payment on both counts. I had in my possession the $588.55 that was earlier seized at the Pawtucket Police Department.

As I asked the bailiff where I could make payment, I was informed that I could not make payment at this time, as there was an INS hold

on me. I was immediately taken from the courtroom to a holding cell and was told I would have to wait until an INS agent came to see me.

While in the holding cell I asked the guard on duty at that time why I had to be held when I had the money to pay my bail and to pay my fines. He told me that I was being held because of INS. I then asked him what INS was. He simply laughed and told me that I should know what INS is.

At approximately 4:30 in the afternoon I was still in the holding cell and the INS agent never showed up. I was told that because the INS agent never showed up, I was going to be transported to the ACI Intake Center. I was in fact transported to the ACI Intake Center on June 16, 2005.

When presented to the Intake Center I received a commitment deposit slip, number 036923, which noted that on my person at that time I had $582.00 cash, the commitment deposit slip noted that these funds would be deposited into an account in my name at the Inmate Account's Office.

I further received an Inmate Property Record Report dated June 16, 2005 which noted that at the time of presentment I had one billfold, cash in the amount of $582.00, one necklace, one set of keys, brown flip-flops, one set of gray pants and one black t-shirt. At this time, I remember asking the authority figure on duty why I was being held, I had the money I needed in order to post bail. Once again, I was informed that I could not pay that money because there was an INS hold on me. I was held in the ACI until June 22, 2005.

I am a United States Citizen with a social security number and was born here in the United States of America.

Eduardo Hernandez

Dated: 8/8/06

Subscribed and sworn to before me in Pawtucket Rhode Island on the 8th day of August 2006.

Notary Public

My Commission Expires: 2/18/08