# COMMITMENT DEPOSIT

**PLEASE PRINT**

| | |
|---|---|
| DATE | INMATES ID # |
| INMATE'S NAME | |
| FACILITY | |
| INMATE'S DATE OF BIRTH | |

| |
|---|
| AMOUNT OF DEPOSIT $ |
| CHECK ONE: CASH ______ PAYROLL CHECK |
| INMATE / DEPOSITOR'S SIGNATURE |
| CORRECTIONAL OFFICER'S SIGNATURE |

**These funds will be deposited into an account in your name at the Inmate Accounts Office**

1. White - Place in envelope w/ money
2. Yellow - Inmate's copy
3. Pink - Attach to inmate's trap record