# INMATE PROPERTY RECORD

I acknowledge all property listed hereon to be my responsibility with the understanding that the state is not responsible for personal property in my possession. Lending, trading, giving, or selling personal property is basis for confiscation of that property.

INMATE SIGNATURE

WITNESS SIGNATURE

DATE 6/16/05

| ITEM | Quant. | Color | Brand Name or Description | Inmate Poss. | Traps | Mailed Out | Inmate INITIALS |
|---|---|---|---|---|---|---|---|
| BILLFOLD | / | BLK | | | | / | EA |
| BRACELET | | | | | | | |
| CASH/CHECK | 0 | $8.23 | | | $822 | | EA |
| CELL /PAGER PHONE | | | | | | | |
| EARRING | | | | | | | |
| NECKLACE | / | Green | | | | / | EA |
| KEYS | / | | | | | / | EA |
| RADIO (Serial No.) | | | | | | | |
| RING | | | | | | | |
| TV (Serial No.) | | | | | | | |
| WATCH (Serial No.) | | | | | | | |
| Bail Call | / | | | | | | A |
| Glasses | | [illegible] | | / | | | EA |
| COURT CLOTHES | | | | | | | |
| SNEAKERS/ SHOES | Brown Flip Flops | | | / | | | EA |
| BOOTS | | | | | | | |
| PANTS | 1 | Grey | | | / | | EA |
| SHORTS | | | | | | | |
| SHIRT | | | | | | | |
| T-SHIRT | 1 | BLK | | | / | | EA |
| SWEATPANTS | | | | | | | |
| SWEATSHIRT | | | | | | | |
| JACKET | | | | | | | |
| SWEATER | | | | | | | |

| LAST NAME | FIRST | MI | INMATE D.O.B. | FACILITY |
|---|---|---|---|---|
| Hernandez | Edward | | 11/6/82 | I.S.C. |