# SOCIAL SECURITY

[redacted] 9799

THIS NUMBER HAS BEEN ESTABLISHED FOR

EDUARDO ALBERTO HERNANDEZ

SIGNATURE