104 -

STATE BIRTH CERTIFICATE NUMBER

# CERTIFICATE OF LIVE BIRTH
## STATE OF CALIFORNIA

0190-143307

LOCAL REGISTRATION DISTRICT AND CERTIFICATE NUMBER

**THIS CHILD**

| 1A. NAME OF CHILD—FIRST | 1B. MIDDLE | 1C. LAST |
|---|---|---|
| Eduardo | Alberto | Hernandez |

| 2. SEX | 3A. THIS BIRTH, SINGLE, TWIN, ETC. | 3B. IF MULTIPLE, THIS CHILD 1ST, 2ND, ETC. | 4A. DATE OF BIRTH—MONTH, DAY, YEAR | 4B. HOUR—(24 HOUR CLOCK TIME) |
|---|---|---|---|---|
| Male | Single | ———— | [redacted], 1982 | 1030 |

**PLACE OF BIRTH**

| 5A. PLACE OF BIRTH—NAME OF HOSPITAL OR FACILITY | 5B. STREET ADDRESS (STREET, NUMBER, OR LOCATION) |
|---|---|
| Mothers Home | [redacted] |

| 5C. CITY OR TOWN | 5D. COUNTY |
|---|---|
| Van Nuys | Los Angeles |

**FATHER OF CHILD**

| 6A. NAME OF FATHER—FIRST | 6B. MIDDLE | 6C. LAST | 7. STATE OF BIRTH | 8. AGE OF FATHER |
|---|---|---|---|---|
| Adan | ———— | Hernandez | Guatemala | 33 |

**MOTHER OF CHILD**

| 9A. NAME OF MOTHER—FIRST | 9B. MIDDLE | 9C. LAST (BIRTH NAME) | 10. STATE OF BIRTH | 11. AGE OF MOTHER |
|---|---|---|---|---|
| Lily | ———— | Chang | Guatemala | 32 |

**PARENT'S CERTIFICATION**

I CERTIFY THAT I HAVE REVIEWED THE STATED INFORMATION AND THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE

| 12A. PARENT OR OTHER INFORMANT—SIGNATURE | 12B. RELATIONSHIP TO CHILD | 12C. DATE SIGNED |
|---|---|---|
| Lily Chang | mamá | 7/11/83 |

**ATTENDANT'S CERTIFICATION**

I CERTIFY THAT I ATTENDED THIS BIRTH AND THAT THE CHILD WAS BORN ALIVE AT THE HOUR, DATE AND PLACE STATED

| 13A. PHYSICIAN OR OTHER ATTENDANT—SIGNATURE—DEGREE OR TITLE | 13B. LICENSE NUMBER | 13C. DATE SIGNED |
|---|---|---|
| George F Balleweg Paramedic II | #1 E3 | 7-16-83 |

14.

13D. TYPED NAME AND ADDRESS

George Balleweg, Paramedic II, [redacted], Arleta, CA

**LOCAL REGISTRAR**

| 15. DEATH—ENTER DATE OF DEATH | 16. LOCAL REGISTRAR—SIGNATURE | 17. DATE ACCEPTED FOR REGISTRATION |
|---|---|---|
| | [signature] | JUL 20 1983 |

This is a true and certified copy of the record if it bears the seal imprinted in purple ink, of the Registrar-Recorder.

JUN 21 1994

REGISTRAR-RECORDER
LOS ANGELES COUNTY, CALIFORNIA

REGISTRAR-RECORDER LOS ANGELES COUNTY * CALIFORNIA *