UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| EDUARDO HERNANDEZ<br>Plaintiffs,<br><br>Vs.<br><br>STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS AND; DEPARTMENT OF CORRECTIONS AND ASHBEL T. WALL., Director of the Department of Corrections; in his official capacity, and; JOHN JOE, Director of the Department of Corrections Intake Care, in his official capacity and; THE U.S. CITIZEN AND IMMIGRATION SERVICES DEPARTMENT and; EDUARDO AGUIRRE, JR., Director of the U.S. Citizen and Immigration Services Department, in his Official capacity<br>Defendants, | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No.: 06-164ML |

**STIPULATION**

The Plaintiff, Eduardo Hernandez, and the Defendants, State of Rhode Island, the Department of Corrections, and A.T. Wall, in his official capacity, (hereafter "State Defendants") agree that in light of the Court's granting the Plaintiff's Motion for leave to file an Amended Complaint, the State Defendants will not answer the Plaintiff's Original Complaint and will only answer or otherwise respond to Plaintiff's Amended Complaint.

Plaintiff,
Eduardo Hernandez

Defendants,
State of Rhode Island and Providence Plantations, Department of Corrections, and A.T. Wall, in his official capacity

/s/ Daniel J. McKinnon
Daniel J. McKinnon, Esq.
McKinnon & Harwood
1168 Newport Avenue
Pawtucket, RI 02861
Tel: (401) 723-9655

/s/ Michael W. Field___
Michael W. Field #5809
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 x 2380
Fax: (401) 222-2995

Dated: ______9/11/06______

**CERTIFICATION**

I hereby certify that the instant Stipulation was electronically sent on the 11th day of September, 2006, to the following individuals:

/s/ Michael W. Field

Daniel J. McKinnon, Esq.
McKinnon & Harwood
1168 Newport Avenue
Pawtucket, RI 02861
contact@mckinnonharwood.com