UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| EDUARDO HERNANDEZ<br>Plaintiffs,<br><br>Vs.<br><br>STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS AND; DEPARTMENT OF CORRECTIONS AND ASHBEL T. WALL., Director of the Department of Corrections; in his official capacity, and; JOHN JOE, Director of the Department of Corrections Intake Care, in his official capacity and; THE U.S. CITIZEN AND IMMIGRATION SERVICES DEPARTMENT and; EDUARDO AGUIRRE, JR., Director of the U.S. Citizen and Immigration Services Department, in his Official capacity<br>Defendants, | : | C.A. No.: 06-164ML |

**NOTICE OF DEPOSITION**

Defendants, State of Rhode Island, Department of Corrections, and Ashbel T. Wall, in his official capacity (hereafter collectively "State Defendants"), give notice that, by and through their attorneys, the Deposition of **Eduardo Hernandez** shall be taken at the Department of Attorney General, 150 South Main Street, Providence, Rhode Island 02903. The Deposition shall commence at **10:00 a.m. on Friday, January 5th, 2007** and may be continued to a lawfully adjourned date, or from day to day until the Deposition is completed. You are requested to bring the documents listed in Schedule A.

DEFENDANT

STATE OF RHODE ISLAND
DEPARTMENT OF CORRECTIONS
AND ASHBEL T. WALL, in his
official capacity

By his Attorney
PATRICK C. LYNCH
ATTORNEY GENERAL

/s/ Michael W. Field___
Michael W. Field, # 5809
Special Assistant Attorney General
150 South Main Street
Providence, Rhode Island 02903
Ph (401) 274-4400 ext. 2380
Fax (401) 222-2995

**CERTIFICATION**

I hereby certify that the instant Deposition Notice was emailed on the 22nd day of December, 2006, to the following individuals:

/s/ Michael W. Field___

Joseph Anthony DiMaio, Esquire
Daniel J. McKinnon, Esquire
McKinnon & Harwood
1168 Newport Avenue
Pawtucket, RI 02861

**Requested to bring all document listed in Schedule A:**

1. Any and all documents supporting any claim for damages or lost wages you assert in this case.

2. Any and all medical records related to your claim of damages in this case

3. Any and all documents supporting your claim of false imprisonment, wrongful confinement, or any other claim you assert that is the subject of this litigation.

4. Any and all documents you intend to introduce or rely upon at trial.

5. Any and all documents related to the facts of this case provided to you by any Defendant, and any and all documents related to the facts of this case provided by you to any Defendant.

6. Any and all other documents related to this litigation, excluding those related to the attorney/client privilege.