# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| EDUARDO HERNANDEZ<br>Plaintiff<br><br>VS<br><br>STATE OF RHODE ISLAND AND<br>PROVIDENCE PLANTATIONS, AND<br>DEPARTMENT OF CORRECTIONS, AND<br>ASHBEL T. WALL, Director of the Department<br>Of Corrections; in his official capacity, and<br>JOHN DOE, Director of the Department of Corrections<br>Intake Care, in his official capacity, and<br>THE U.S. CITIZEN AND IMMIGRATION<br>SERVICES DEPARTMENT, and<br>EDUARDO AGUIRRE, JR., Director of the U.S.<br>Citizen and Immigration Services Department,<br>In his official capacity<br>Defendants | ) | C.A. NO: 06-164ML |

## ENTRY OF APPEARANCE

**NOW** comes counsel, Joseph-Anthony DiMaio, and does hereby enter his appearance for and on behalf of the Plaintiff, EDUARDO HERNANDEZ.

Plaintiff,
By Counsel,
/s/ Joseph-Anthony DiMaio, Esq.
Joseph-Anthony DiMaio, Esq. (#3910)
McKinnon & Harwood
1168 Newport Avenue
Pawtucket RI 02861
(401) 723-9655
contact@mckinnonharwood.com

## CERTIFICATION

I hereby certify that on January 8, 2007, a true copy of the within, was served on Michael W. Field, Esq., at "mfield@riag.ri.gov" by electronic "CM/ECF" means only.

/s/ Joseph-Anthony DiMaio, Esq.
Joseph-Anthony DiMaio, Esq. (#3910)