# Criminal Docket Sheet Report

61-2005-06860

**Case ID:** 61-2005-06860 **Description:** EDUARDO A. HERNANDEZ
**Filing Date:** 15-APR-2005
**Original Case ID:**

**Defendant Name:** EDUARDO HERNANDEZ **Police Dept:** JOHNSTON POLICE DEPARTMENT
**BCI#:** @10104204 **Date of Birth:** 06-NOV-1982 **Incarcerated:**

**Address:** 37 LAURA ST

PROVIDENCE RI 02907

## Charge Information

**Count:** 1 31-11-18/NLIC **DRIVE WITHOUT/EXPIRED LICENSE**
**Offense Date:** 15-APR-2005
**Charge Text:**
**Disposition:** PLEA OF NOLO CONTENDERE

**Sentence:** FINE
**Term:** 0 Days
**Start:** 15-APR-2005
**Judge:** JUDGE HIGGINS
**Text:** 350.00

**Sentence:** COURT COSTS
**Term:** 0 Days
**Start:** 15-APR-2005
**Judge:** JUDGE HIGGINS
**Text:** 117.00

**Sentence:** NO LOSS OF LICENSE
**Term:** 0 Days
**Start:** 15-APR-2005
**Judge:** JUDGE HIGGINS
**Text:**

## Warrant Information

| Date | Warrant ID | Status | Judge |
|---|---|---|---|
| 09-JUN-2005 | DCBWI005869 | **BENCH WARRANT ISSUED** | MAGISTRATE DIMURO |
| 16-JUN-2005 | DCBWI005869 | BENCH WARRANT WITHDRAWN | JUDGE HIGGINS |

## No Contact Orders

## Bail Information

16-JUN-2005 CASH BAIL SET AT $311.50

## Bail Posted

| Bail | Payor | Amount |
|---|---|---|

## Scheduled Dates

| Date | Event | Locn | Judge |
|---|---|---|---|

# Criminal Docket Sheet Report

61-2005-06860

## Events

| Date | Event | Judge |
|---|---|---|
| 02-MAY-2005 | **ABILITY TO PAY COSTS**<br>DEFT TO MAKE FURTHER PAYMENTS | |
| 08-JUN-2005 | **ABILITY TO PAY COSTS**<br>DEFT DOES NOT APPEAR | |
| 21-JUN-2005 | **ABILITY TO PAY COSTS**<br>PAID IN FULL | |

## Case Jackets

| Check Out Date | Returned Date | Person Name | Text |
|---|---|---|---|

## Case Evidence

| Check Out Date | Returned Date | Person Name | Text |
|---|---|---|---|

## Docket Entry Information

| Date | Description | Docket Text |
|---|---|---|
| 15-APR-2005 | COMPLAINT FILED | |
| 15-APR-2005 | DFT APPEARS, ARRN, PLEADS NOLO | |
| 15-APR-2005 | DISPOSED AND SENTENCED AT ARR | |
| 15-APR-2005 | Payment Applied | A Payment of -$100.00 was made on receipt DC6D226736. |
| 02-MAY-2005 | Payment Applied | A Payment of -$200.00 was made on receipt DC6D228707. |
| 02-MAY-2005 | DEFT TO MAKE FURTHER PAYMENTS | |
| 08-JUN-2005 | DEFT DOES NOT APPEAR | |
| 09-JUN-2005 | BENCH WARRANT ISSUED | |
| 16-JUN-2005 | DEFT TO MAKE FURTHER PAYMENTS | |
| 16-JUN-2005 | CASH BAIL SET | AT $311.50 |
| 16-JUN-2005 | WANT OF BAIL DEFT IS COMMITTED | Docket entry for the letter produced from CSAEVNT on 16-JUN-2005 by LCASTOR. |
| 16-JUN-2005 | PET WRIT OF HABEAS CORPUS | Docket entry for the letter produced from CSAEVNT on 16-JUN-2005 by LCASTOR. |
| 16-JUN-2005 | BENCH WARRANT WITHDRAWN | Warrant ID: DCBWI005869 Quashed by User: AMCGURN |
| 21-JUN-2005 | Payment Applied | A Payment of -$292.00 was made on receipt DC6D236000. |
| 21-JUN-2005 | PAID IN FULL | |
| 22-JUN-2005 | PAID IN FULL | |