se ID: 61-2005-06860
rrant ID: DCBWI005869 BENCH WARRANT ISSUED
cation: 6TH DISTRICT COURT
urt: District Court
lice Dept: JOHNSTON POLICE DEPARTMENT

fendant Name: EDUARDO HERNANDEZ Date of Birth: 06-NOV-1982
I#: @10104204
dress: 37 LAURA ST RI 02907
PROVIDENCE

ORIGINAL

ason for Warrant: F.T.A. FOR ATP ON JUNE 6, 2005
ad Charge: DRIVE WITHOUT/EXPIRED LICENSE
nd Text: $311.50 CASH BAIL

To any authorized officer:
You are hereby commanded to arrest said defendant(Alias, John/Jane Doe) and to present him/her before the above court to answer there to or commit him/her to the Adult Correctional Institutions until recognizance is given with/without surety as stated herein.

X [signature]
Clerk

ssuing Judge
IMURO, MAGISTRATE

Produced Date
09-JUN-2005

**DISPOSITION**

Date
/ /

_ Defendant presented to said court
_ BENCH WARRANT ISSUED Withdrawn

[signature]
ERK SIXTH DIVISION DISTRICT COURT
A TRUE COPY ATTEST

Court order:

X
Signature

DCBWI005869

ode Island Court's Official Warrant 09-JUN-2005 12:25 PM

EXHIBIT
B