2005 0 1 1 1 4 0 Sixth Div.

STATE OF RHODE ISLAND
DISTRICT COURT
CRIMINAL COMPLAINT

e/0/64204

STATE EX REL

VS. DEFENDANT (NAME AND ALIAS)
EDUARDO HERNANDEZ, ALIAS

DEFENDANT ADDRESS AND PHONE
37 Laura St. Providence, RI 02904
STREET CITY STATE PHONE

| DEF D.O.B. | DEF BCI NO. | DEF SOC SEC NO. | DEF. M.V. LIC. NO. | DETERMINE ATTY DATE | PRE TRIAL DATE |
|---|---|---|---|---|---|
| 1/76/82 | 10125778 | 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 | | | |

OFFENSE DATE 5/15/05 ☐ DIVERS DATE

OFFICER/COMPLAINANT HALPIN

PRE-ARRAIGN CONF DATE | TRIAL DATE

POLICE DEPT./COMPLAINANT ADDRESS Pawtucket Police 121 Roosevelt Ave. Pawtucket, RI

SUPERIOR CT ARRAIGN DATE | MISC DATE/BAIL HRG/CONTROL

TO ANY JUDGE OR JUSTICE OF THE PEACE: ON BEHALF OF THE STATE I SWEAR THAT THE ABOVE DEFENDANT DID COMMIT THE FOLLOWING OFFENSES:

OFFICER/COMPLAINANT [signature] DATE 6/16/05 SWORN TO BEFORE JUDGE/JUSTICE OF THE PEACE X DATE 6/16/05

## INITIAL APPEARANCE

APPEARANCE DATE | BAIL FOR ALL COUNTS $ | ARRAIGNMENT DATE | JUSTICE OF THE PEACE

## ARRAIGNMENT

ARRAIGNMENT DATE 6/16/06 | ADVISED OF RIGHTS ☒ YES ☐ NO | JURY TRIAL WAIVED ☐ YES ☐ NO | PLEA COUNT 1 w/o | PLEA COUNT 2 | PLEA COUNT 3

BAIL FOR ALL COUNTS | ATTORNEY NAME ☐ PRIVATE ☐ COURT APPT. ☐ P.D. | JUDGE/JUSTICE OF THE PEACE X

**COUNT 1** STATUTE(S) VIOLATED 31-11-18 ☐ FELONY ☒ MISDEMEANOR ☐ VIOLATION ☐ ORDINANCE

**LICENSE REQUIRED TO DRIVE**

On 6-15-05, EDUARD HERNANDEZ, did drive a motor vehicle, to wit, a 1992 Honda upon the highway in this State, to wit, EAST STREET, PAWTUCKET, RHODE ISLAND, without a valid operators license, in violation of Section 31-11-18 of the General Laws of Rhode Island, 1956, as amended.

DISPOSITION ☐ DISMISSAL ☐ GUILTY PLEA ☒ NOLO PLEA ☐ GUILTY FINDING ☐ NOT GUILTY FINDING ☐ CASE FILED 1 YEAR ☐ INFO/TRUE BILL ☐ NO INFO/NO TRUE BILL ☐ OTHER

SENTENCE IMPOSED
350 —
no loss of lic

PROCEEDING ☐ ARRAIGN ☐ PRE TRIAL ☐ TRIAL ☐ OTHER | APPEAL TAKEN ☐ | JUDGE X | DATE 6/16/

**COUNT 2** STATUTE(S) VIOLATED ☐ FELONY ☐ MISDEMEANOR ☐ VIOLATION ☐ ORDINANCE

DISPOSITION ☐ DISMISSAL ☐ GUILTY PLEA ☐ NOLO PLEA ☐ GUILTY FINDING ☐ NOT GUILTY FINDING ☐ CASE FILED 1 YEAR ☐ INFO/TRUE BILL ☐ NO INFO/NO TRUE BILL ☐ OTHER

SENTENCE IMPOSED

Lorraine Alfonso
SIXTH DIVISION DISTRICT COURT
ATTEST

PROCEEDING ☐ ARRAIGN ☐ PRE TRIAL ☐ TRIAL ☐ OTHER | APPEAL TAKEN ☐ | JUDGE X | DATE

**COUNT 3** STATUTE(S) VIOLATED ☐ FELONY ☐ MISDEMEANOR ☐ VIOLATION ☐ ORDINANCE

DISPOSITION ☐ DISMISSAL ☐ GUILTY PLEA ☐ NOLO PLEA ☐ GUILTY FINDING ☐ NOT GUILTY FINDING ☐ CASE FILED 1 YEAR ☐ INFO/TRUE BILL ☐ NO INFO/NO TRUE BILL ☐ OTHER

SENTENCE IMPOSED

PAID

PROCEEDING ☐ ARRAIGN ☐ PRE TRIAL ☐ TRIAL ☐ OTHER | APPEAL TAKEN ☐ | JUDGE X | DATE

VICTIM(S) NOTIFIED ☐ ARRAIGNMENT ☐ PRE TRIAL ☐ TRIAL
VICTIM(S) APPEARED ☐ ARRAIGNMENT ☐ PRE TRIAL ☐ TRIAL
CASE TYPE ☐ DOMESTIC VIOLENCE
IMMEDIATE APPEAL TAKEN DATE JUDGE X
ADDITIONAL COUNTS ATTACHED ☐

COURT COPY

/99

EXHIBIT D