**STATE OF RHODE ISLAND**
**PROVIDENCE, Sc.**

**DISTRICT COURT**
**SIXTH DIVISION**

**STATE OF RHODE ISLAND** :

**V.** : **COMPLAINT NO. 61- - __________**

____________________ :

## NOTICE OF COURT DATES-MISDEMEANOR CASES

The following court dates have been set on the above-named case:

| | | | |
|---|---|---|---|
| 1. Pre-Trial Conference - | 6-21-05 | - Courtroom | 9:00 AM |
| 2. Trial - | | - Courtroom | 9:00 AM |

3E

THE ABOVE COURT DATES AT THE GARRAHY JUDICIAL COMPLEX IN PROVIDENCE.

IF YOU DO NOT APPEAR ON THESE DATES, A WARRANT WILL BE ISSUED AND YOU WILL BE ARRESTED AND YOU WILL OWE BAIL MONEY AND A $125 WARRANT FEE TO THE STATE!

[ ] You have also been referred to the **Public Defender's Office** to determine if you are eligible to be represented by one of their lawyers. Their office is on the first floor of the Garrahy Judicial Complex, One Dorrance Plaza, Room 153. (458-3050) **Go there today!**

$311.50 9/6
INS

ORDERED:
ALBERT E. DEROBBIO
CHIEF JUDGE

SIGNED: ____________________
(Defendant)

EXHIBIT
E