
TEXAS
DEPARTMENT OF PUBLIC SAFETY
UNDER 21 IDENTIFICATION CARD
UNDER 21
3425 S POLK ST
DALLAS TX 75224
DOB: 11-06-82 EXPIRES: 11-06-09
HT: 5-08


Emergency contact number
Allergic reaction to drugs