DUARDO HERNANDEZ 06-NOV-1982 BCI #: @10104204
ate of Appearance: 16-JUN-2005 INFACTS #:

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
DISTRICT COURT

# MITTIMUS

unty: PROVIDENCE Division/Location: 6TH DISTRICT COURT Case ID: 61-2005-06860

## To any Officer and to the Warden of the Adult Correctional Institutions

The defendant on this date has been brought before the court by virtue of a warrant issued iinst him/her on complaint of the above-named, on oath and in writing, charging him/her with ıe(s) in violation of the laws of Rhode Island.

**On this complaint the defendant is required to give** **Recognizance with Surety** for his/her earance before the Court and to stand committed to the Adult Correctional Institutions until this er is performed in all parts.

| Charges | | Total Bail Set |
|---|---|---|
| I1-18/NLIC | DRIVE WITHOUT/EXPIRED LICENSE | $311.50 CASH BAIL |

**On this complaint the defendant is** **Held without Bail** and to stand committed to the lt Correctional Institutions until further Order of this Court.

Therefore, you are hereby commanded to take the defendant, to convey him/her to the Adult ·ectional Institutions, and to deliver him/her together with this precept to the Warden thereof. The den is hereby required to receive the defendant into custody and safekeeping until this order is ormed in all its parts or until the defendant is discharged by order.

**e: 16-JUN-2005**

**Signature of Judge or Clerk**

CLERK SIXTH DIVISION DISTRICT COURT
A TRUE CO

## COMMITTING OFFICER

I have on this day delivered the defendant to the Warden of the Adult Correctional Institutions.

e Committed: ______________ ______________________

Authorized Officer

IARANGSY

16-JUN-2005

EXHIBIT
tabbies
C