EDUARDO HERNANDEZ 06-NOV-1982 BCI #: @10104204
INFACTS #:

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
DISTRICT COURT

# WRIT OF HABEAS CORPUS

**County: PROVIDENCE** **Division/Location: 6TH DISTRICT COURT**

**Case ID: 61-2005-06860**

**TO: The Director of the Adult Correctional Institutions or Institute of Mental Health:**

This Court commands you to have the above-named person, now said to be in your custody, before this court at the indicated time and place to answer a complaint or to attend a proceeding in said court.

| Date to Appear | Time to Appear | Court Room |
|---|---|---|
| 21-JUN-2005 | 09:00:00 AM | COURTROOM NO. 3E |

Hereof fail not.

**Date:** 16-JUN-2005

**Signature of Judge or Clerk**

## DETENTION FACILITY

I have this day delivered the person named in this Writ to the below-named Sheriff, or Deputy.

CLERK SIXTH DIVISION DISTRICT A TRUE COPY ATTEST

Date: ______________ ______________________

Sheriff or Deputy

______________________

Signature, Director ACI/IMH

## SHERIFF

I have this day delivered the person named in this Writ as commanded to the
______________ Division, District Court.

Date: ______________ ______________________

Signature of Sheriff or Deputy

VCHANTHARANGSY 16-JUN-2005

EXHIBIT
tabbies
H