:v-00164-ML-DLM Document 14 Filed 08/11/2006

# INMATE PROPERTY RECORD

I acknowledge all property listed hereon to be my responsibility with the understanding that the state is not responsible for personal property in my possession. Lending, trading, giving, or selling personal property is basis for confiscation of that property.

INMATE SIGNATURE

WITNESS SIGNATURE

DATE 6/16/05

| ITEM | Quant. | Color | Brand Name or Description | Inmate Poss. | Traps | Mailed Out | Inmate INITIALS |
|---|---|---|---|---|---|---|---|
| BILLFOLD | 1 | Blk | | | | / | EA |
| BRACELET | | | | | | | |
| CASH/CHECK | 05923 | | | | #282.00 | / | EA |
| CELL/PAGER PHONE | | | | | | | |
| EARRING | | | | | | | |
| NECKLACE | 1 | Green | | | | / | EA |
| KEYS | / | | | | | / | EA |
| RADIO (Serial No.) | | | | | | | |
| RING | | | | | | | |
| TV (Serial No.) | | | | | | | |
| WATCH (Serial No.) | | | | | | | |
| Bail Call | / | | | | | / | EA |
| Glasses | | [illegible] | | / | | | EA |

| COURT CLOTHES | | | | | | | |
|---|---|---|---|---|---|---|---|
| SNEAKERS/ SHOES | | Brown | Flipflops | / | | | EA |
| BOOTS | | | | | | | |
| PANTS | 1 | Gray | | | / | | EA |
| SHORTS | | | | | | | |
| SHIRT | | | | | | | |
| T-SHIRT | 1 | Blk | | | / | | EA |
| SWEATPANTS | | | | | | | |
| SWEATSHIRT | | | | | | | |
| JACKET | | | | | | | |
| SWEATER | | | | | | | |

| LAST NAME | FIRST | MI | INMATE D.O.B. | FACILITY |
|---|---|---|---|---|
| Hernandez | Eduardo | | 11/6/82 | I.S.C. |

EXHIBIT

I

:v-00164-ML-DLM Document 14 Filed 08/11/2006

# INMATE PROPERTY RECORD

I acknowledge all property listed hereon to be my responsibility with the understanding that the state is not responsible for personal property in my possession. Lending, trading, giving, or selling personal property is basis for confiscation of that property.

[illegible signature]
INMATE SIGNATURE

[illegible signature] 6/16/05
WITNESS SIGNATURE DATE

| ITEM | Quant. | Color | Brand Name or Description | Inmate Poss. | Traps | Mailed Out | Inmate INITIALS |
|---|---|---|---|---|---|---|---|
| BILLFOLD | 1 | Blk | | | | / | [illegible] |
| BRACELET | | | | | | | |
| CASH/CHECK | [illegible] | | | | #582.00 | / | [illegible] |
| CELL /PAGER PHONE | | | | | | | |
| EARRING | | | | | | | |
| NECKLACE | 1 | Green | | | | / | [illegible] |
| KEYS | / | | | | | / | [illegible] |
| RADIO (Serial No.) | | | | | | | |
| RING | | | | | | | |
| TV (Serial No.) | | | | | | | |
| WATCH (Serial No.) | | | | | | | |
| Bail Call | / | | | | | | [illegible] |
| [illegible] | | [illegible] | | / | | | [illegible] |
| COURT CLOTHES | | | | | | | |
| SNEAKERS/ SHOES | Brown Flip Flops | | | / | | | [illegible] |
| BOOTS | | | | | | | |
| PANTS | 1 | Gray | | | | / | [illegible] |
| SHORTS | | | | | | | |
| SHIRT | | | | | | | |
| T-SHIRT | 1 | Blk | | | | / | [illegible] |
| SWEATPANTS | | | | | | | |
| SWEATSHIRT | | | | | | | |
| JACKET | | | | | | | |
| SWEATER | | | | | | | |

| | |
|---|---|
| LAST NAME | [illegible] |
| FIRST | [illegible] |
| MI | |
| INMATE D.O.B. | [illegible] |
| FACILITY | I.S.C. |

# INMATE PROPERTY RECORD

I acknowledge all property listed hereon to be my responsibility with the understanding that the state is not responsible for personal property in my possession. Lending, trading, giving, or selling personal property is basis for confiscation of that property.

[signature]
INMATE SIGNATURE

[signature] 6/16/05
WITNESS SIGNATURE DATE

| ITEM | Quant. | Color | Brand Name or Description | Inmate Poss. | Traps | Mailed Out | Inmate INITIALS |
|---|---|---|---|---|---|---|---|
| BILLFOLD | 1 | Blk | | | | / | EA |
| BRACELET | | | | | | | |
| CASH/CHECK | 0-36823 | | | | #582.00 | | EA |
| CELL/PAGER PHONE | | | | | | | |
| EARRING | | | | | | | |
| NECKLACE | 1 | Green | | | | / | EA |
| KEYS | / | | | | | / | EA |
| RADIO (Serial No.) | | | | | | | |
| RING | | | | | | | |
| TV (Serial No.) | | | | | | | |
| WATCH (Serial No.) | | | | | | | |
| Bail Call | / | | | | | | EA |
| Glasses | | | | / | | | EA |

| COURT CLOTHES | | | | | | | |
|---|---|---|---|---|---|---|---|
| SNEAKERS/ SHOES | Brown Flip Flops | | | / | | | EA |
| BOOTS | | | | | | | |
| PANTS | 1 | Grey | | | / | | EA |
| SHORTS | | | | | | | |
| SHIRT | | | | | | | |
| T-SHIRT | 1 | BLK | | | / | | EA |
| SWEATPANTS | | | | | | | |
| SWEATSHIRT | | | | | | | |
| JACKET | | | | | | | |
| SWEATER | | | | | | | |

| | |
|---|---|
| LAST NAME | Hernandez |
| FIRST | [illegible] |
| MI | |
| INMATE D.O.B. | 11/6/82 |
| FACILITY | I.S.C. |