**AFFIDAVIT OF SENIOR SPECIAL AGENT DANIEL D. SENDROFF**

1. I am a Senior Special Agent with Immigration and Customs Enforcement, U.S. Department of Homeland Security;

2. On June 16, 2005, I placed an Immigration Detainer, Form, I-247, on a person arraigned at Sixth Division District Court, Providence, Rhode Island. The person arraigned and the person who the detainer was lodged against was Eduardo Hernandez, with a date of birth of November 6, 1982 (Nineteen Eighty-Two).

Daniel Sendroff

**Daniel Sendroff**
**Senior Special Agent, ICE**

Subscribed and sworn to before me in the City of Providence, State of Rhode Island on this 18th day of January, 2007.

Adrienne Roy

**NOTARY PUBLIC**
Commission Expires: 12/15/2008

EXHIBIT
L