C. RIDOC affords inmates reasonable access to telephones, consistent with their status, housing unit regulations, and the guidelines contained in this policy.

1. All Wardens ensure inmates have reasonable access to telephones within their respective facilities.

a. Awaiting Trial Facilities. Wardens of awaiting trial facilities ensure:

(1) telephones are available in the committing areas which do not require the use of PINs for bail purposes only.

2. Inmate calls are limited [See III.A.1.b.(6) below] to:

a. Up to ten (10) social numbers;

b. Up to five (5) attorney numbers.

***(1) Only attorneys whose names and business telephone numbers appear in the State of Rhode Island and Providence Plantations, Rhode Island Judicial Systems and Sciences Attorney Index will be recognized for this privilege, unless authorization is given by the Warden or designee. An example of such authorization is: The Systems Administrator verifies an out-of-state attorney's status and telephone number. The Warden or designee authorizes the call.***

3. In addition to the five (5) attorneys mentioned above, all RIDOC inmates may place calls to:

a. RIDOC Special Investigations Unit (SIU)
462-2282

b. RIDOC Inspectors' Office
462-2551

c. On-grounds Rhode Island State Police (RISP)
462-2650

d. Licensed Bail Bondsmen (telephone numbers to be entered by system administrator)

EXHIBIT
tabbies
L