then matches the numbered envelopes received from Intake with the numbers on the Intake commitment log. If the numbers match, the Head Teller signs the daily deposit log, gives it to the courier/officer, who delivers the log to the ISC Warden's office.

(3) If the numbers on the envelopes received from Intake do not agree with the Intake commitment log, the Head Teller confers with both the courier and Commitment Officer (by telephone). If the discrepancy cannot be found, it is reported to RIDOC's Internal Affairs Unit (Inspector's Office).

(4) The Head Teller opens individual envelopes and confirms that the amount in each envelope is equal to that recorded on the individual deposit slip. If there is not a match, the Head Teller contacts the Commitment Officer and if it cannot be resolved, reports the matter to the Internal Affairs Unit.

(5) The deposit slips are alphabetized and totaled.

(6) The money is separated by denominations, counted and wrapped.

(7) The total of the deposit slips are matched with the total of money counted.

(8) Slips and money are placed in the Teller's drawer, to be added to the afternoon deposits.

(9) The deposit slips are batch entered into the respective inmates' accounts.

8. <u>Transfer of Inmate Money</u>:

a. Inmates may transfer money from their active accounts:

(1) To the commissary for the purchase of regularly stocked merchandise.

(2) With the approval from the Warden, Deputy Warden, or designee in charge of the inmate's facility for the following reasons:

(a) To publishers of appropriate approved magazines, periodicals, newspapers, and books.

(b) For subsistence of members of his/her immediate family (including common law) or to persons on inmate's approved visitor list.

EXHIBIT
tabbies
H

* (c) To provide bail for self.

(d) To pay court costs and other legal costs.

(e) In any case where funds are transferred from one inmate account to another.

(f) To other entities or exceptions to a. through e. above, only with the specific approval noted on the transfer slip of the Warden, Deputy Warden, or designee of the inmate's facility.

(3) The inmate is to provide a stamped addressed envelope with request for transfer. Funds will not be transferred to any RIDOC employee.

9. Distribution of Cash to Work Release Inmates:

a. Work Release inmates' cash requests are included in the Work Release spreadsheet pay table. When the Work Release Supervisors are notified by Inmate Accounts that checks are ready:

(1) They pick up the checks at Inmate Accounts.

(2) They cash the check at the bank obtaining the correct denominations of bills.

(3) They subdivide the cash into amounts for each inmate, placing the cash in individual envelopes.

10. Disbursement of Cash to Minimum and Unemployed Work Release Inmates:

a. Minimum and unemployed Work Release inmates are permitted to receive up to $10.00 every two (2) weeks.

b. Distribution occurs on alternate weeks for males and females as follows:

(1) Effective Friday, June 19, 1992, and every other week thereafter (to coincide with RIDOC employees' payroll week), cash is disbursed to male Minimum and Work Release facilities.

(2) Effective Friday, June 26, 1992, and every other week thereafter, cash is disbursed to female Minimum and Work Release facilities.