# United States District Court

DISTRICT OF

RHODE ISLAND

EDUARDO HERNANDEZ

## SUMMONS IN A CIVIL CASE

V.

CASE NUMBER: 06-164ML

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS, AND DEPARTMENT OF CORRECTIONS AND ASHBEL T. WALL, ET AL

TO: (Name and address of defendant)

JOHN DOE (TWO) a/k/a "bailiff" Badge #158 alias Serge Etesse

One Dorrance Plaza
Courtroom 4C

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joseph-Anthony DiMaio, Esq. (#3910)
McKinnon & Harwood
1168 Newport Avenue
Pawtucket, RI 02861
(401) 723-9655

an answer to the complaint which is herewith served upon you, within twenty days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Paulette J Duke
Chief Deputy Clerk
CLERK

DATE 2-1-07

(BY) DEPUTY CLERK

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE 2-8-07 |
|---|---|
| NAME OF SERVER *(PRINT)* Ronald Resso | TITLE US DC Constable |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Senae Etesse At Dist Court

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☐ Other *(specify)*: ______

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| — | 45.00 | 45.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2-8-07
*Date*

[signature]
*Signature of Server*

POB 1X 758V
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.