# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

EDUARDO HERNANDEZ
Plaintiff

VS

C.A. NO: 06-164ML

STATE OF RHODE ISLAND AND
PROVIDENCE PLANTATIONS, and

DEPARTMENT OF CORRECTIONS, and

ASHBEL T. WALL, Director of the Department
Of Corrections; in his official capacity, and

JOHN DOE (ONE), Warden of the
Department Of Corrections
Intake Service Center, in his official
and individual capacity and;

JOHN DOE (TWO), a/k/a "bailiff",
Alias John Doe, in his official
and individual capacity, and

JOHN DOE (THREE) a/k/a "First Guard On Duty"
Alias John Doe, in his official
and individual capacity

JOHN DOE (FOUR) a/k/a "Second Guard On Duty"
Alias John Doe, in his official
and individual capacity

JANE DOE (FIVE) a/k/a "Female Guard on Duty")
Alias John Doe, in his official
and individual capacity

JOHN DOE (SIX) a/k/a "Authority Figure On Duty "
Alias John Doe, in his official
and individual capacity

JOHN DOE (SEVEN) a/k/a "Correctional Officer") )
Alias John Doe, in his official )
and individual capacity )
)
JOHN DOE (EIGHT) a/k/a "Employee Assigning PIN's" )
Alias John Doe, in his official )
and individual capacity )
)
JOHN DOE(S) (NINE) a/k/a "Unidentifiable Guards on Duty") )
Alias John Doe, in his official )
and individual capacity )

**PLAINTIFF'S, FIRST STATEMENT OF UNDISPUTED FACTS ("FSUF")**

**NOW** comes the Plaintiff, EDUARDO HERNANDEZ, ("Eduardo") and pursuant to Local Rule 56 states that the following facts are **UNDISPUTED:**

1. At all material times, the Plaintiff is and was a United States Citizen.

2. Plaintiff was born in California (Exhibit 3) on November 6, 1982.

3. Plaintiff had been processed through the same courthouse on two prior occasions, in February 2005 and April 2005, without any issue regarding citizenship (see *Exhibit C*[1], p.15; see also *Exhibit A*).

4. On several occasions, the Plaintiff sought the assistance from various "John Does" to either allow him to pay his fine with money he had on her person and/or to verify that he was a United States Citizen, or both (see Exhibit 2, pp 54, 63, 64, 65, 69, 72, 73, 74, 80, 81, 82, 85, 86, 90, 92).

5. In response to Plaintiff's request for the State Defendants to identify certain individual people by "name and also know address or present address for purposes of service of process...", the State

---

1 All references to lettered Exhibits in this FSUF are those which were originally referenced by the Defendants in their Document 24, and their Memorandum in Support of Motion of Summary Judgment ("Document 23"). References to numbered Exhibits are submitted by Plaintiff and are attached to Plaintiff's Memorandum in Opposition to the State Defendant's Motion for Summary Judgment.

Defendants have identified "John Doe Two" as Deputy Sheriff Serge Etesse. see Exhibit 6[2]; see also Exhibit 7.[3]

6. The Plaintiff's Deposition transcript indicates that Hernandez attempted to present a birth certificate, social security card, or passport to the State Defendants to support his United States Citizenship status by making friends in Prison and utilizing that friendship to call others friends, requesting they bring his papers to the correctional facility. Exhibit 2, p92 lns 2-15 & p96, lns 5-6.

7. The record and Plaintiff's deposition are void of any discussion relative to the significance of the "Bail Call" block found on State Defendant's *Exhibit I*, however the record does establish some confusion regarding the accuracy of *Exhibit I*. (see Exhibit 2, p77, ln 21 – p80, ln8, inclusive).

8. Summons issued for Serge Etesse, the individual identified in the Amended Complaint as "John Doe Two", and process was served upon that individual on Thursday, February 08, 2007. (see Exhibit 9).

9. At all material times, the **Plaintiff was not an "alien"** as that term is used or otherwise defined by the United States Code of Federal Regulations (herein "CFR"), or by the Laws of the United States pursuant to 8 United States Code (herein "USC") §1101, since Plaintiff was born in California as a United States Citizen.

Plaintiff,
By Counsel,

/s/ Joseph-Anthony DiMaio, Esq.

Joseph-Anthony DiMaio, Esq.
Attorney #3910
McKinnon & Harwood
1168 Newport Avenue
Pawtucket RI 02861
(401) 723-9655

---

2 This exhibit has been redacted to protect the original signatures, and does not include the attachment referenced within the exhibit.

3 Id. FN 2.

**CERTIFICATION**

I hereby certify that on February 8, 2007, a true copy of the within, was served on Michael W. Field, Esq., at "mfield@riag.ri.gov" by electronic "CM/ECF" means only.

/s/ Joseph-Anthony DiMaio, Esq.
Joseph-Anthony DiMaio, Esq.