| Defendant | Date of Birth | | |
|---|---|---|---|
| EDUARDO HERNANDEZ | 06-NOV-1982 | Case ID: | 61-2005-06860 |
| Date of Appearance: 16-JUN-2005 | | BCI #: | @10104204 |
| | | INFACTS #: | |

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
DISTRICT COURT

# MITTIMUS

**County: PROVIDENCE Division/Location: 6TH DISTRICT COURT Case ID: 61-2005-06860**

## To any Officer and to the Warden of the Adult Correctional Institutions

The defendant on this date has been brought before the court by virtue of a warrant issued against him/her on complaint of the above-named, on oath and in writing, charging him/her with crime(s) in violation of the laws of Rhode Island.

☐ **On this complaint the defendant is required to give Recognizance with Surety** for his/her appearance before the Court and to stand committed to the Adult Correctional Institutions until this Order is performed in all parts.

| | Charges | Total Bail Set |
|---|---|---|
| **31-11-18/NLIC** | **DRIVE WITHOUT/EXPIRED LICENSE** | **$311.50 CASH BAIL** |

☐ **On this complaint the defendant is Held without Bail** and to stand committed to the Adult Correctional Institutions until further Order of this Court.

Therefore, you are hereby commanded to take the defendant, to convey him/her to the Adult Correctional Institutions, and to deliver him/her together with this precept to the Warden thereof. The Warden is hereby required to receive the defendant into custody and safekeeping until this order is performed in all its parts or until the defendant is discharged by order.

**Date: 16-JUN-2005**

**Signature of Judge or Clerk**

## COMMITTING OFFICER

I have on this day delivered the defendant to the Warden of the Adult Correctional Institutions.

Date Committed: ____________ ______________________
Authorized Officer

Exhibit
1

VCHANTHARANGSY 16-JUN-2005