Pawtucket Police Department
Arrest Report



**Arrest #: 05-1479-AR**
**Call #: 05-39797**

Date/Time Reported: 06/15/2005 @ 1156
Arrest Date/Time: 06/15/2005 @ 1229
Booking Date/Time: 06/15/2005 @ 1229

Reporting Officer: OFFICER JAMES HALPIN
Assisting Officer: Patrol NORMAN VALADE
Booking Officer: OFFICER RONALD LABREE
Approving Officer: Sergeant EDMUND ST. PIERRE

Signature: ______________________________



| # | DEFENDANT(S) | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|
| 1 | **HERNANDEZ, EDUARDO**<br>37 LAURA ST 3 RD<br>PROVIDENCE RI 02904 | M | W | 22 | | |

HEIGHT: 508 WEIGHT: 187
BODY: MEDIUM
LICENSE NUMBER: NOT AVAIL.

HAIR: BLACK EYES: BROWN
COMPLEXION: LIGHT BROWN
PLACE OF BIRTH: CALIFORNIA
ETHNICITY: NOT HISPANIC

**[APPEARANCE]**

GENERAL APPEARANCE: ORDERLY
SHIRT: PULLOVER - SHORT SLEEVE
PANTS/SKIRT: DRESS SLACKS/SKIRT
SHOE: SANDALS
GLASSES WORN: NO

EMPLOYER/SCHOOL: CUBICAL WORKS
TAUNTON MA

OCCUPATION: LABORER

**[RIGHTS/BOOKING CHECKS]**

PHONE USED: Y PHONED DATE/TIME: 06/15/2005 & 1229
ARRESTEE SECURED: Y 06/15/2005 1231
ARRESTEE CELL #: 1

FINGERPRINTED: Y
PHOTOGRAPHED: Y
SUICIDE CHECK: Not Performed
PERSONS: State&Federal
WANTED BY: DISTRICT COURT CAPIAS FOR FTA ( EXPIRED LICENSE ) JOHNSTON P.D.
NCIC VEHICLE CHECK: Not Performed
INJURY OR ILLNESS: N

PAWTUCKET POLICE DEPARTMENT
RECORDS
The original document ... is
a photocopy, appea... and
... and to ha... at the time
purported.
Signature SM
Date 8/11/05

Exhibit
3