Inmate03.rtt R.I. DEPARTMENT OF CORRECTIONS DATE: 08/29/2005

RAP SHEET

ID: 128962 SECURITY:
NAME: HERNANDEZ EDUARDO A D.O.B: 11/06/1982

| DATE | CODE | TABLE | DESCRIPTION |
|---|---|---|---|
| 06/16/2005 | 01 | COMMITMENT | INITIAL COMMITMENT TO ISC |
| 06/16/2005 | 06 | TRANSFER | ISC HOLD - ISC H 205T |
| 06/17/2005 | 10 | COURT APPEAR | IMMIGRATION DETAINER ENTERED |
| 06/21/2005 | 20 | ............ | AWAITING TRIAL TO OTHER HOLD(93) |
| 06/21/2005 | 10 | COURT APPEAR | 61056860 REL ON PR,INS HOLD ONLY |
| 06/22/2005 | 06 | TRANSFER | ISC H 205T - ISC HOLD |
| 06/22/2005 | 02 | DISCHARGE | INMATE DISCH TO IMM FROM ISC |

Exhibit 4