TAS
Drey
128962

**REMAND**

# STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
## DISTRICT COURT

| COUNTY | DIVISION/LOCATION | CASE NO(S): |
|---|---|---|
| Prov | 6T4 | 61-05-06860 |

TO: The Marshal, Sheriff or their deputies; and to the Director of the Adult Correctional Institutions or Institute of Mental Health:

| DEFENDANT | DATE OF BIRTH | DATE OF APPEARANCE |
|---|---|---|
| Eduardo Hernandez | 11-6-82 | 6-21-05 |

This Court orders that the above-named respondent be remanded into the custody of the Director of the Adult Correctional Institutions or the Institute of Mental Health to be held as of his original commitment.

We command you, said marshal, sheriff or deputies, to take the above-named respondent and convey him to said Institutions and deliver him to said Director.

We command you, said Institution Director, to receive the above-named respondent into your custody and to hold him as of his original commitment.

| BAIL STATUS ON ABOVE CASE: | SENTENCE STATUS ON ABOVE CASE: |
|---|---|
| $1,000.00 P.R. Court Costs - Paid - In Full | PR: No Future Date |

| DATE: | SIGNATURE OF ~~JUDGE OR~~ CLERK: |
|---|---|
| 6-21-05 | B. Rebecca |

## MARSHAL OR SHERIFF

The above-named respondent has been committed to the appropriate Institution as within commanded.

| DATE | SIGNATURE OF MARSHAL, SHERIFF OR DEPUTY |
|---|---|
| JD 11 | |

Exhibit 5