Exhibit
7

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

EDUARDO HERNANDEZ
Plaintiffs,
vs.

C.A. No.: 06-164ML

STATE OF RHODE ISLAND
AND PROVIDENCE PLANTATIONS, and

ASHBEL T. WALL., Director of the
Department of Corrections, in his official
Capacity, and

JOHN DOE (ONE)-(NINE)
Defendants,

**DEFENDANT, STATE OF RHODE ISLAND'S ANSWER TO PLAINTIFF, EDUARDO HERNANDEZ'S REQUEST FOR INTERROGATORIES**

INTERROGATORY 1: Please provide the name and last known address or present address for purposes of service of process of those individuals identified by the Plaintiff as the "bailiff," "guard on duty," and "authority figure" referenced in the attached August 8, 2006 affidavit. The plaintiff does anticipate the Defendant will make a good faith inquiry to determine the exact name and address of those so identified people, and therefore, Plaintiff specifically requires that a full and complete answer include a limited list of those individuals whom are the most likely candidates based upon timecards or other role [sic] call information being consistent with the facts, times, places and circumstances established by the August 8, 2006 affidavit, in the event that more than three individuals are the most likely candidates.

Answer: Based upon a review of the roll call sheet of officers assigned to the presentment process at the Intake Service Center on June 16, 2005, there are no officers that match the Plaintiff's description of a bald, dark skin male, aged 28. The closest officer matching this description is Correctional Officer Richard Lariviere, however, Correctional Officer Lariviere is Caucasian. Correctional Officer Lariviere works at the Intake Service Center.