


Legend:

**1: Courthouse, One Dorrance Plaza, Providence, RI**

**2: ICE Immigration Office, 200 Dyer Street, Providence, RI**

**Distance:**

**= 70 yards**

**Exhibit 8**