Q. Okay.
A. So, as soon as he said that, I noticed that INS sign below the fine number, and later on, the officer next to me, I was cuffed at the time, he told me -- he brought me back inside and put me in the small cell.
Q. Okay. Let's go through this a little bit slower. You signed the paperwork?
A. Yes.
Q. And it was at this point that the judge said that you had INS problems?
A. Yes.
Q. What happened after the judge said you had INS problems?
A. The officer next to me called me and guide me back inside the cells.
Q. Now, was this the same officer that brought you up to the judge?
A. Yes.
Q. And this was the officer that you described as dark skin, chubby?
A. Yes.
Q. Okay. Now, he brought you back to the cell. Did he bring just you or did he bring other people, too?
A. Just me.
Q. Now, from the time that you -- from the time that you

left the courtroom to the time that you were brought back to the cell, did you have any conversations with this officer?

A. Yes. I told him that I can pay that fine, and he said to me, "You have INS problems." For that time, by the time he told me you have INS problems, I had another officer in front of me sitting down in a small desk. He actually asked me in Spanish what happened, and I --

Q. This other officer did?

A. What's that? I'm sorry.

Q. Excuse me, the other officer asked you in Spanish?

A. Yes.

Q. Okay. Go ahead.

A. And he asked me what happened. And I said, I told him that I was fined with $311 and that I was pulled over because tint windows. Oh, okay, he said. All right. That's the only thing he said to me. Later on they put me in a cell next to that same officer sitting down at the desk, and I was there like five minutes maybe, and then they take me back in to the big cells where I was before.

Q. Okay. Did you -- this officer that was sitting down that was speaking to you in Spanish, did you ever talk to him about the INS?