UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| EDUARDO HERNANDEZ<br>Plaintiffs,<br><br>vs.<br><br>STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS, and<br><br>DEPARTMENT OF CORRECTIONS, and<br><br>ASHBEL T. WALL., Director of the Department of Corrections; in his official capacity, and<br><br>JOHN DOE (ONE), Warden of the Department of Corrections Intake Service Center, in his official and individual Capacity, and;<br><br>JOHN DOE (TWO), a/k/a “bailiff,” alias John Doe, in his official and individual Capacity, and<br><br>JOHN DOE (THREE) a/k/a “First Guard On Duty” alias Joe Doe, in his official And individual capacity, and<br><br>JOHN DOE (FOUR) a/k/a “Second Guard On Duty” alias John Doe, in his official And individual capacity,<br><br>JANE DOE (FIVE) a/k/a “Female Guard Duty” alias John Doe, in his official And individual capacity,<br><br>JOHN DOE (SIX) a/k/a “Authority Figure On Duty” alias John Doe, in his official And individual capacity,<br><br>JOHN DOE (SEVEN) a/k/a “Correctional Officer” alias John Doe, in his official And individual capacity, | C.A. No.: 06-164ML |

JOHN DOE (EIGHT) a/k/a "Employee Assigning PINs" alias John Doe, in his Official and individual capacity, :

JOHN DOE(S) (NINE) a/k/a "Unidentified Guards on Duty" alias John Doe, in his Official and individual capacity :
Defendants, :

**ENTRY OF APPEARANCE**

I, Michael Field, Special Assistant Attorney General, hereby enter my appearance on behalf of Serge Etesse for the purpose of challenging service of process and jurisdiction in the above-referenced matter.

SERGE ETESSE

By his Attorney
PATRICK C. LYNCH
ATTORNEY GENERAL

___/s/ Michael W. Field_________
Michael W. Field, # 5809
Special Assistant Attorney General
150 South Main Street
Providence, Rhode Island 02903
Ph (401) 274-4400 ext. 2380
Fax (401) 222-2995

**CERTIFICATION**

I hereby certify that the instant Entry of Appearance was e-mailed on the 19th day of February, 2007, to the following individuals:

_______/s/ Michael W. Field_______

Joseph Anthony DiMaio, Esquire
Daniel J. McKinnon, Esquire
McKinnon & Harwood
1168 Newport Avenue
Pawtucket, RI 02861