## McKinnon & Harwood, Attorneys at Law

**From:** cmecf@rid.uscourts.gov
**Sent:** Thursday, February 01, 2007 9:45 AM
**To:** cmecfnef@rid.uscourts.gov
**Subject:** Activity in Case 1:06-cv-00164-ML-DLM Hernandez "Summons Issued"

*****NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

**U.S. District Court**

**District of Rhode Island**

Notice of Electronic Filing

The following transaction was received from Noel, Jeannine entered on 2/1/2007 at 9:44 AM EST and filed on 2/1/2007

**Case Name:** Hernandez
**Case Number:** 1:06-cv-164
**Filer:**
**Document Number:**

**Docket Text:**
Summons Issued as to Serge Etesse (Noel, Jeannine)

The following document(s) are associated with this transaction:

**1:06-cv-164 Notice will be electronically mailed to:**

Joseph-Anthony DiMaio contact@mckinnonharwood.com

Michael W. Field mfield@riag.ri.gov, amorel@riag.ri.gov

Daniel J. McKinnon contact@mckinnonharwood.com

**1:06-cv-164 Notice will be delivered by other means to:**