**Exhibit C**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| EDUARDO HERNANDEZ | : | |
| | : | |
| vs. | : | C.A. NO. 06-164ML |
| | : | |
| STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS and; DEPARTMENT OF CORRECTIONS AND ASHBEL T. WALL, Director of the Department of Corrections; in his official capacity, and; JOHN DOE, Director of the Department of Corrections Intake Care, in his official capacity, and; THE U.S. CITIZEN AND IMMIGRATION SERVICES DEPARTMENT and; EDUARDO AGUIRRE, JR., Director of the U.S. Citizen and Immigration Services Department, in his official capacity | : | |

**DEPOSITION OF EDUARDO HERNANDEZ**

January 5, 2007
10:00 a.m.
OFFICE OF THE ATTORNEY GENERAL
150 South Main Street
Providence, Rhode Island 02903

- - -

Lori P. Hamel, RPR, CRR
Capitol Court Reporting, Inc.
931 Jefferson Boulevard
Warwick, Rhode Island 02886

request asking, you know, to the extent you're able, based upon the time and place that he's testified to, to further identify by name, address, in some fashion that I can -- if I have to serve process. I understand that correctional officers are very touchy about giving out their home addresses. So long as I have some way to serve them so that we don't delay the proceeding.

MR. FIELD: Give the business address, yeah.

MR. DiMAIO: Someplace I know I can have them served. If necessary, I'm going to double check, based upon his testimony, whether there are any additional people that should be identified in the amended complaint, perhaps as a John Doe for the time being.

MR. FIELD: Okay, that's fine. I'm all set with the questions. I just want to double count these again, I came to a different number. So other than that...

MR. DiMAIO: Go right ahead.

MR. FIELD: If that's a different number I just want to put that on the record.

*(Counsel counting documents)*

MR. FIELD: I've just counted the documents twice and I think that there are 54 documents instead of 55. With that we're done.