Exhibit
D

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

EDUARDO HERNANDEZ
Plaintiffs,
vs.

C.A. No.: 06-164ML

STATE OF RHODE ISLAND
AND PROVIDENCE PLANTATIONS, and

ASHBEL T. WALL., Director of the
Department of Corrections, in his official
Capacity, and

JOHN DOE (ONE)-(NINE)
Defendants,

**DEFENDANT, STATE OF RHODE ISLAND'S SUPPLEMENTAL ANSWER TO PLAINTIFF, EDUARDO HERNANDEZ'S REQUEST FOR INTERROGATORIES**

INTERROGATORY 1: Please provide the name and last known address or present address for purposes of service of process of those individuals identified by the Plaintiff as the "bailiff," "guard on duty," and "authority figure" referenced in the attached August 8, 2006 affidavit. The plaintiff does anticipate the Defendant will make a good faith inquiry to determine the exact name and address of those so identified people, and therefore, Plaintiff specifically requires that a full and complete answer include a limited list of those individuals whom are the most likely candidates based upon timecards or other role call information being consistent with the facts, times, places and circumstances established by the August 8, 2006 affidavit, in the event that more than three individuals are the most likely candidates.

Answer: Attached is a roll call sheet for June 16, 2005. The "bailiff," identified as wearing badge # 158, is Deputy Sheriff Serge Etesse. Although I have no knowledge concerning the identity of the "guard on duty," based upon the attached roll call sheet and a description that the "guard on duty" was Spanish looking, 5'8", big, overweight, in his mid 30s, with black hair and no facial hair, it is possible that the "guard on duty" was Deputy Sheriff Cruz. Deputy Sheriff Cruz's address is the Garrahy Judicial Complex.

//signature redacted//

Jo-Ann J. Macan
Chief

Subscribed and sworn to before me this 2nd day of February, 2007

//signature redacted//

Notary Public
My Commission Expires: 12/15/2008

**CERTIFICATION**

I hereby certify that the instant Answer to Interrogatory was mailed, first class postage prepaid, on the ~~5th~~ 3rd day of February, 2007, to the following individuals:

//signature redacted//

Joseph Anthony DiMaio, Esquire
McKinnon & Harwood
1168 Newport Avenue
Pawtucket, RI 02861

RHODE ISLAND STATE SHERIFFS
PROVIDENCE DISTRICT COURT

PAYROLL/ROLL CALL

DAY: Thursday

DATE: June 16, 2005

| DEPUTY | IN | OT | COMP | DETAIL | DISCHARGE |
|---|---|---|---|---|---|
| ETESSE | 0900 | 0 | | | |
| CUOZZO | — | 0 | | | -7.05 |
| TAYLOR | 0800 | 1 | | block | |
| COLBERT | 0730 | 2.5 | | Transport | |
| DASILVA | 0800 | 1 | | holding | |
| SARANDREA | 0800 | 0 | 3 | control | |
| DUBOIS | — | 0 | | | -7.05 |
| SANCHEZ | — | 0 | | | -7.1V |
| BUTTS | 0900 | 0 | | | |
| DESILVA | — | 0 | | | -7.0V |
| GLORIA | 0800 | 1 | | Sgt-floor | |
| DIMEZZA | — | 0 | | | -7.05 |
| WILCOX | SG | 0 | | | |
| AURELIO | 0900 | 0 | | | |
| DUPERRY | 0730 | 2 | | Transport | |
| SCAVETTI | 0900 | 0 | | | |
| ANTUONO | 0800 | 1 | | block | |
| DELLINGER | 0800 | 1 | | block | |
| AGNEW | 0800 | 1 | | block | |
| RICCITELLI | 0900 | 0 | | | |
| SCUNGIO | 0900 | 0 | | | |
| BARROS | 0815 | 0 | | | |
| BALDINO | 0730 | 1.5 | | block/desk | |
| CRUZ | 0800 | 1 | | block | |
| CRAWFORD | 0800 | 0 | | Dunbar/Brinks | |
| DAGLIERI (T) | 0700 | 2 | | LT | |
| RICCI (N) | 0800 | 1.5 | | Sgt. - Block | |
| DENEAULT | — | 0 | | | -7.05 |
| HAGENBERG | 0800 | 0 | 1 | | |

SHERIFF/CHIEF OR O.I.C.