UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| EDUARDO HERNANDEZ<br>Plaintiffs,<br><br>vs.<br><br>STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS, and<br><br>DEPARTMENT OF CORRECTIONS, and<br><br>ASHBEL T. WALL., Director of the Department of Corrections; in his official capacity, and – (Nine) | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No.: 06-164ML |

**<u>ENTRY OF APPEARANCE</u>**

I, Brenda D. Baum, Assistant Attorney General, hereby enter my appearance on behalf of State of Rhode Island, Department of Corrections, and Ashbel T. Wall, in his official capacity (hereafter collectively "State Defendants") in the above-referenced matter.

Respectfully Submitted,

By his Attorney
PATRICK C. LYNCH
ATTORNEY GENERAL

/s/ Brenda Baum

Brenda Baum, #5184
Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 ext. 2294
Fax: (401) 222-3016

# CERTIFICATION

I hereby certify that I have electronically mailed the foregoing document on this 26th of June, 2007, to the attorney(s) of record listed below:

**Joseph-Anthony DiMaio, Esq.**
contact@mckinnonharwood.com

**Daniel J. McKinnon, Esq.**
contact@mckinnonharwood.com

/s/ Brenda D. Baum