UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| EDUARDO HERNANDEZ<br>Plaintiffs, | : | |
| vs. | : | C.A. No.: 06-164ML |
| STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS, and | : | |
| DEPARTMENT OF CORRECTIONS, and | : | |
| ASHBEL T. WALL., Director of the Department of Corrections; in his official capacity, and | : | |
| JOHN DOE (ONE) – (NINE)<br>Defendants, | : | |

**DEFENDANTS' MOTION IN LIMINE TO EXCLUDE EVIDENCE RELATING TO DEPORATION**

Now come the Defendants and seek to exclude evidence relating to Plaintiff Hernandez's fear (or damages) that he would be deported or otherwise not be allowed to enjoy the United States. The Defendants submit that such evidence is barred by Rules 401, 402, and 403 of the Rules of Evidence. A memorandum of law is attached.

Respectfully submitted,
DEFENDANTS

By its Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

/s/ Michael W. Field
Michael W. Field, #5809
Special Assistant Attorney General
Brenda Baum, # 5184
Assistant Attorney General

150 South Main Street
Providence, RI 02903
Tel. (401) 274-4400 Ext. 2380
Fax (401) 222-2995
**mfield@riag.ri.gov**
**bbaum@riag.ri.gov**

## CERTIFICATION

I, the undersigned, hereby certify that a copy of the foregoing Motion was e-mailed, on this 26th day of June, 2007 to those indicated below:

Joseph DiMaio, Esq.
**contact@mckinnonharwood.com**

/s/ Michael W. Field

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| EDUARDO HERNANDEZ<br>Plaintiffs,<br><br>vs.<br><br>STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS, and<br><br>DEPARTMENT OF CORRECTIONS, and<br><br>ASHBEL T. WALL., Director of the Department of Corrections; in his official capacity, and<br><br>JOHN DOE (ONE) – (NINE)<br>Defendants, | : | C.A. No.: 06-164ML |

**<u>DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF MOTION IN LIMINE TO EXCLUDE EVIDENCE RELATING TO DEPORATION</u>**

It is expected that Plaintiff Hernandez may testify that among his injuries was emotional distress caused by the fear that he would be deported from the United States to Guatemala, and thus be forced to leave family, friends, and other enjoyments of the United States. Any testimony or evidence concerning deportation or other injuries associated with deportation, however, is irrelevant and unduly prejudicial since it would have been the Immigration and Customs Enforcement (hereafter "ICE"), and not the Department of Corrections, who would have initiated any deportation proceedings. There is <u>no</u> evidence in this case that the State Defendants had <u>any</u> role in issuing the ICE detainer for Hernandez or in proceeding to advance deportation proceedings against Hernandez. Since ICE was the agency that would have initiated deportation proceedings, any evidence or testimony relating to damages incurred as a result of the fear of being

deported should not be admissible against the State Defendants as irrelevant and unduly prejudicial.

Respectfully submitted,
DEFENDANTS

By its Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

/s/ Michael W. Field
______________________________

Michael W. Field, #5809
Special Assistant Attorney General
Brenda Baum, # 5184
Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel. (401) 274-4400 Ext. 2380
Fax (401) 222-2995
**mfield@riag.ri.gov**
**bbaum@riag.ri.gov**

**CERTIFICATION**

I, the undersigned, hereby certify that a copy of the foregoing Memorandum was e-mailed, on this 26th day of June, 2007 to those indicated below:

Joseph DiMaio, Esq
contact@mckinnonharwood.com

/s/ Michael W. Field