3. The facility visiting periods shall be at least one and one-half (1 1/2) hours in length.

4. Smoking is prohibited in all facilities' visiting areas, consistent with Rhode Island State Law and Departmental policy. In addition, all tobacco products are prohibited in all facilities' visiting rooms/areas.

5. Each Warden determines the degree of informality during visits, consistent with the facility's overall security requirements.

6. Visiting rules and regulations for inmates shall be posted in each block or living unit of the facility and shall include, but not be limited to, visiting hours and dress code.

   a. In addition, copies of this policy, Attachment 1 (Visitor Dress Code), and corresponding facility-specific procedures shall be posted in English and Spanish in facility visiting waiting rooms.

7. Each Warden ensures transportation schedules for public transportation are posted in a conspicuous location at the entrance or lobby of his/her facility.

8. All facility visiting rules shall be enforced.

9. Consistent with the Department's Code of Ethics and Conduct, Departmental employees will treat visitors to the RIDOC fairly, politely, and in a professional manner.

   a. Visitors wishing to file/submit complaints regarding treatment by RIDOC staff should submit them in writing to the facility Warden or designee.

   b. The Warden or designee will advise the visitor of his/her findings in writing.

10. In addition to items 1-9 above, the following basic rules and regulations pertain to all facilities of the RIDOC which allow <u>contact visits</u>:

   a. Inmates in disciplinary segregation are authorized visits with attorneys and clergy only.

b. Visitors who have not cleared background investigations (i.e., both BCI and NCIC checks) are not permitted to visit unless specifically approved by the Assistant Director of Institutions and Operations or designee.

c. Any visitor with a felony criminal record, pending charge, misdemeanor drug-related record and/or if the background check reveals a plea of nolo contendere or that s/he is on probation who is **not an immediate family member** will normally be denied visiting privileges.

NOTE: It is at the Warden's or designee's discretion to grant visiting privileges to a visitor who is not an immediate family member and has a non-drug-related misdemeanor record.

(1) Exceptions may only be granted by the Assistant Director of Institutions and Operations or designee.

(2) S/he will consider factors including, but not necessarily limited to nature of the felony and age of the criminal record.

(3) In the event the visitor is a co-defendant, visits will only be allowed with the inmates' attorney present, at a designated time, to be arranged by the attorney in consultation with the Warden or designee.

d. Any visitor with a felony conviction, pending charge, and/or if the background check reveals a plea of nolo contendere for a felony offense or that s/he is on probation for a felony offense who **is an immediate family member MAY** be granted visitation, contingent upon the approval of the Assistant Director of Institutions and Operations or designee. Immediate family, as pertains to visits by ex-offenders, is defined as parent, spouse (including common law), brother, sister, grandparent, child, and grandchild.

NOTE: In order to prove the existence and validity of a common-law marriage, the Rhode Island Department of Corrections (Warden or designee) considers the definition of a "domestic partner", consistent with RIGL § 36-12-1, as follows:

- Partners are at least eighteen (18) years of age and are mentally competent to contract.
- Partners are not married to anyone.
- Partners are not related by blood to a degree which would prohibit marriage in the State of Rhode Island.
- Partners resided together previous to the incarceration and have resided together for at least one (1) year.
- Partners are financially interdependent as evidenced by **at least two (2)** of the following:
  - Domestic partner agreement relationship contract by a lawyer.
  - Joint mortgage or joint ownership of primary residence.
  - Two (2) of the following:
    - Joint ownership of motor vehicle(s)
    - Joint checking account
    - Joint credit account
    - Joint lease; and/or
  - The domestic partner has been designated as a beneficiary for the inmate's will, retirement contract or life insurance.

However, the following restrictions apply:

(1) Pending charges: Visits will be limited to once per month.

(a) Exception: In the event the visitor is a co-defendant, visits will be allowed with the inmates' attorney present, at a designated time, to be arranged by the attorney in consultation with the Warden or designee.

(2) Felony convictions: Visits, if granted, will be limited to once per month until the visitor has demonstrated s/he was a law-abiding citizen for ten (10) consecutive years. This may be demonstrated in one of two ways:

(a) His/her (latest) felony conviction is more than ten (>10) years old (if not incarcerated for this felony conviction); or

(b) S/he was released from incarceration (at the RIDOC or any other correctional jurisdiction/institution) at least ten (10) years ago.

(3) The once-per-month restriction will be lifted following the 10-year period.

(4) Such visitors are subject to all other rules and regulations, search procedures, and registration requirements as outlined for each facility.

e. Visitors must show proper photo identification (ID) upon request, such as valid driver's license, valid military ID, passport, or valid ID's issued by the Departments of Transportation, Elderly Affairs, and Administration, Division of Motor Vehicles.

NOTE: Social security cards and Welfare IDs are NOT considered proper forms of identification. Birth certificates are acceptable for visitors under 18 years of age only.

f. Visiting occurs in designated visiting areas only.

g. Visitors shall travel designated routes to and from their visits.

h. No detours will be made, and visitors will not stop along the way to talk to anyone unless so instructed by authorized personnel.

i. Inmates' attorneys may visit inmates as frequently as necessary for the purpose of assisting their clients. (See policy # 13.02-1 DOC, Access to Institutional Facilities by Attorneys and Their Agents, or a successive policy.)

Similarly, clergy may visit with inmates, provided, however, such visits are coordinated through RIDOC's Chaplaincy Program, consistent with policy # 26.01-2 DOC (Religious Programs and Services), or a successive policy. If possible, attorney and clergy visits are to take place during normal visiting hours.

j. Kissing and embracing (of short duration) are limited to the commencement and completion of the visit.

k. Inmates' and visitors' hands are to be on or above the table at all other times.

l. No food may be brought into the facility (exceptions: Minimum Security/Work Release; however, drinks are not allowed at Minimum Security/Work Release).

m. Visitors will neither give articles to nor accept articles from inmates.

n. Inmates are not allowed to use vending machines.

o. No item will be accepted from a visitor for an inmate unless it has specifically been approved by the Warden or designee.

p. RIDOC's standard Visitor Dress Code may be found at Attachment 1. Additional dress requirements may be developed by facility Wardens.

q. Visitors and inmates will refrain from using loud, abusive, and obscene language.

r. Inmates and adult visitors are responsible for the behavior of children. Children must be supervised and cannot run or play loudly.

s. Departure from the Visiting Area by either the inmate or the visitor terminates the visit, except where there is more than one (1) adult visitor. In such cases, the inmate may remain in the Visiting Room until the second visitor leaves.