UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| EDUARDO HERNANDEZ<br>Plaintiffs,<br>vs. | : | C.A. No.: 06-164ML |
| STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS, and | : | |
| DEPARTMENT OF CORRECTIONS, and | : | |
| ASHBEL T. WALL., Director of the Department of Corrections, in his official capacity, and | : | |
| JOHN DOE (ONE) – (NINE)<br>Defendants, | : | |

**ORDER**

The above-captioned matter was heard on April 5, 2007, before The Honorable Mary M. Lisi, Chief Judge, on JOHN DOE (TWO), a/k/a Serge Etesse's, Motion to Dismiss for Insufficiency of Process, and on the STATE OF RHODE ISLAND, DEPARTMENT OF CORRECTIONS, AND ASHBEL T. WALL'S, in his official capacity, Motion for Summary Judgment. After hearing arguments and due consideration, it is hereby:

**ORDERED, ADJUDGED, and DECREED**

1. John Doe (Two), a/k/a Serge's Etesse's, Motion to Dismiss for Insufficiency of Process is granted without prejudice.

2. The State of Rhode Island's, Department of Corrections, and Ashbel T. Wall's, in his official capacity, Motion for Summary Judgment is granted in part and denied in part.

   a. The Motion for Summary Judgment is granted as to Counts I, II, III, IV, V, and VI.

   b. The Motion for Summary Judgment is granted as to Count VII, Negligence, but only with respect to the timeframe from June 16, 2005 up to and including, Sunday, June 19, 2005.

c. The Motion for Summary Judgment is denied as to Count VII, Negligence, but only with respect to the timeframe from Monday, June 20, 2005 to Wednesday, June 22, 2005.

3. This matter is continued to the July trial calendar. Pretrial memoranda are due on June 20, 2007.

ENTERED:

Chief Judge Mary M. Lisi

PER ORDER:

Clerk

DATE: April 12, 2007

Presented by:

Michael W. Field #5809
Special Assistant Attorney General
150 South Main Street
Providence, Rhode Island 02903
TEL.: (401) 274-4400, Extension 2380
FAX: (401) 222-2995

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 17th day of April, 2007, a copy of the within Order was mailed, via regular mail, postage prepaid, to the following party:

Joseph Anthony DiMaio, Esq.
McKinnon & Harwood
1168 Newport Avenue
Pawtucket, RI 02861