UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| EDUARDO HERNANDEZ<br>Plaintiffs,<br><br>vs.<br><br>STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS, and<br><br>DEPARTMENT OF CORRECTIONS, and<br><br>ASHBEL T. WALL., Director of the Department of Corrections; in his official capacity, and<br><br>JOHN DOE (ONE) – (NINE)<br>Defendants, | : | C.A. No.: 06-164ML |

**DISMISSAL STIPULATION**

Based upon a settlement in the above entitled case as further described in a July 3, 2007 letter, Plaintiff's action against Defendants, State of Rhode Island, Department of Corrections, and Ashbel T. Wall, in his official capacity as Director of the Department of Corrections, their employees, agents, servants, heirs, successors and assigns, is dismissed with prejudice, no interest, no costs.

/s/ Joseph Anthony DiMaio
Joseph Anthony DiMaio, Esq.
McKinnon and Harwood
1168 Newport Avenue
Pawtucket, Rhode Island 02861
(401) 723-9655

7/3/07
Date

/s/ Michael W. Field
Michael W. Field, # 5809
Special Assistant Attorney General
150 South Main Street
Providence, Rhode Island 02903
(401) 274-4400 ext. 2380
(401) 222-2995 (fax)

7/3/07
Date

**CERTIFICATION**

I, the undersigned, hereby certify that a copy of the foregoing Dismissal Stipulation was e-mailed, on this 3rd day of July, 2007 to those indicated below:

**Joseph DiMaio, Esq.**
contact@mckinnonharwood.com

/s/ Michael W. Field